# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN J. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VENERIO SANTOS and LISA KREBS,<br><br>　　　　Defendants. | Case No. 3:17-cv-00495-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED:  March 2, 2018

　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　**BY:   s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**